# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**MIDLAND NATIONAL LIFE INSURANCE COMPANY,**
      Plaintiff,

v.                                        Case No. 13CV1081

**EUGENE E. INGERSOLL, et al.,**
      Defendants.

## DECISION AND ORDER

On May 14, 2014, Bruce Gardner and JoAnn Gredler moved to compel Eugene and Kathleen Ingersoll to respond to requests for written discovery, which they were required to do by May 7, 2014. In response, the Ingersolls stated that they have been out of town, that responsive documents are in storage, and that they will respond to the defendants' requests for written discovery by May 30th (i.e., today).

In light of the above, I will grant the motion to compel to the extent that it is ordered that the Ingersolls must respond to the outstanding written discovery by May 30, 2014. Each party shall bear its own costs with respect to the motion to compel.

Accordingly, **IT IS ORDERED** that Gardner and Gredler's motion to compel is **GRANTED IN PART**. The Ingersolls shall respond to the defendants' requests for written discovery no later than May 30, 2014.

**IT IS FURTHER ORDERED** that the Ingersolls' motion to strike is **DENIED**.

Dated at Milwaukee, Wisconsin, this 30th day of May 2014.

                                                        s/ Lynn Adelman

                                                        LYNN ADELMAN
                                                        District Judge